UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

Cr. No. 09-598-1 (GEB)

vs.

Order of Reassignment

CARLO BEASLEY,

RECEIVED
DEC 22 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

It is on this 22nd day of December, 2011,

O R D E R E D that the above-entitled action is reassigned from

Judge Garrett E. Brown, Jr. to Judge Anne E. Thompson.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT